| | | |
|---|---|---|
| **STATE OF CONNECTICUT** | : | ss: **CITY OF HARTFORD** |
| | : | |
| **COUNTY OF HARTFORD** | : | |

**AFFIDAVIT**

I, Michael Breen, being duly sworn, depose and state the following:

**INTRODUCTION**

1.      I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18 of the United States Code. I have been employed as a Police Officer with the Rocky Hill (CT) Police Department since 2012. From December 2016 to the present I have been assigned to the Drug Enforcement Administration ("DEA") Hartford Resident Office ("HRO") as a Task Force Officer ("TFO"). Prior to being assigned to the DEA, I was assigned to a regional narcotics unit (Mid state Narcotics Task Force) from November 2015 until December 2016. As a DEA Task Force Officer, I have participated in numerous investigations concerning violations of federal narcotics and firearms laws. I have coordinated controlled purchases of illegal drugs utilizing confidential sources and cooperating witnesses. I have obtained/participated in the execution of search and arrest warrants pertaining to individuals involved in the distribution of controlled substances, conducted electronic surveillance and physical surveillance of individuals involved in the distribution of controlled substances, analyzed records documenting the purchase and sale of illegal drugs, spoken with informants and subjects, as well as other local, state and Federal law enforcement officers, regarding the manner in which narcotics traffickers obtain, finance, store manufacture, transport, and distribute illegal drugs. I have received instruction relative to conducting drug investigations while attending in-

service training at the Connecticut Police Academy (POSTC) in Meriden, CT. In addition, I also attended a two- week course hosted by the Drug Enforcement Administration in which I received specialized training in the field of narcotics investigations. I also receive periodic in-service training relative to conducting drug investigations.

2. I am currently assigned to the DEA Hartford Resident Office (HRO) and have been participating in an investigation of persons involved in trafficking fentanyl in the State of Connecticut and other locations. I am participating in this investigation in conjunction with other agents, detectives and officers from the DEA Hartford Resident Office (HRO).  I have participated in this investigation and, as a result of this participation, as well as information provided to me by other law enforcement officers, I am thoroughly familiar with the information contained herein.

## REQUESTED CRIMINAL COMPLAINT

3. This affidavit is submitted in support of criminal complaints for Oscar Antonio FLORES and Severo ALELEI on the following charges: conspiracy to possess with intent to distribute and to distribute fentanyl, in violation of 21 U.S.C. §§ 846 and 841(a)(1); and possession with intent to distribute and distribution of fentanyl, in violation of 21 U.S.C. § 841(a)(1).

4. I am one of the case agents who directed this investigation. As a case agent, I am intimately familiar with the facts and circumstances of this investigation. I was personally involved in the investigative activities undertaken during this investigation. The facts set forth herein are based on, *inter alia*, my personal knowledge and participation in this investigation, information provided to me and other investigators by three sources of information, information that I obtained from public records, law enforcement databases and other reliable sources,

information provided to me by other law enforcement officers, and other information which I have reviewed and determined to be accurate and reliable. Because this affidavit is submitted for a limited purpose, I have not included each and every fact I know about this investigation. I have set forth only those facts necessary to establish probable cause for the requested criminal complaint.

## PROBABLE CAUSE

5.  The DEA developed evidence that through a confidential informant ("CI") that an individual who is using a certain telephone number (the "Target Telephone") was using the Target Telephone to arrange to distribute a large quantity of fentanyl pills to a DEA undercover agent (the "UC"). Specifically, the user of the Target Telephone arranged to distribute approximately 15,000 fentanyl pills to the UC on September 8, 2022.

6.  On September 8, 2022, the user of the Target Telephone arranged to meet with the UC at a location in Wethersfield, CT to supply the UC with approximately 15,000 fentanyl pills. DEA investigators who were conducting surveillance observed a Toyota Highlander arrive at the meeting location in Wethersfield, CT. Investigators later determined that Oscar Antonio FLORES, Severo ALELEI and three other adult males were occupants of the Toyota Highlander.

7.  At the meeting location, Oscar FLORES exited the Toyota Highlander and met with the UC inside of the UC's vehicle. During this meeting, Oscar FLORES showed the UC a sample of the fentanyl pills that FLORES had agreed to sell to the UC. The UC agreed to conduct the transaction and advised FLORES that the UC needed to pick-up the money to consummate the transaction for approximately 15,000 fentanyl pills. FLORES returned to the Toyota Highlander.

8.  The UC then started to drive away from the meeting location and the Toyota

Highlander followed the UC's vehicle. The UC's vehicle and the Toyota Highlander started to travel south into Rocky Hill, CT. While the Toyota Highlander was following the UC's vehicle, a Rocky Hill police officer activated his vehicle's lights and sirens in an attempt to conduct a motor vehicle stop of the Toyota Highlander. When the Rocky Hill police officer activated his vehicle's lights and sirens, the Toyota Highlander attempted to speed away and ran over a roadside curb onto a grass area along the side of the road.

9. Members of the investigative team maneuvered their vehicles to box-in the Toyota Highlander. While the Toyota Highlander was boxed in on the side of the road, an investigator observed Severo ALELEI, who was sitting in the front passenger seat of Toyota Highlander, hurriedly trying to remove items from a backpack that was on ALELEI's lap. It appeared that ALELEI was removing the items and tossing the items into the rear passenger area of the Toyota Highlander (the Toyota Highlander has two rear passenger areas, which consists of a second or middle row and a third row). In addition, it appeared that ALELEI tossed the backpack into the rear passenger area in the Toyota Highlander.

10. After investigators had boxed-in and stopped the Toyota Highlander, investigators approached the Toyota Highlander. There were five adult males in the Toyota Highlander, including Severo ALELEI, who was sitting in the front passenger seat, and Oscar Antonio FLORES, who was sitting in the second row on the passenger side of the Toyota Highlander. Investigators removed and secured all five occupants of the Toyota Highlander.

11. During the stop, a narcotics-detection canine searched the exterior of Toyota Highlander and positively alerted to the presence of a narcotics odor. DEA investigators searched Toyota Highlander. Investigators found the backpack that ALELEI appeared to throw into the rear seating area of Toyota Highlander. The backpack was located in the second row on the floor

on the passenger side of the vehicle. Inside the backpack, investigators found numerous purported candy boxes and candy bags (i.e., boxes and bags that appeared to be candy boxes and bags of candy) that contained large amounts of fentanyl pills. Investigators also found within the passenger area of Toyota Highlander (specifically, the second and third rows of the Toyota Highlander) additional purported candy boxes/bags that contained fentanyl pills. Investigators estimate that, in total, investigators seized well over 15,000 fentanyl pills from the purported candy boxes/bags within the backpack and the passenger area of the Toyota Highlander.

12. Investigators conducted a field-test of a seized fentanyl pill which produced a positive reaction for the presence of fentanyl.

## CONCLUSION

13. Based on the aforementioned information, there is probable cause to believe and I do believe that Oscar Antonio FLORES and Severo ALELEI conspired with others known and unknown to possess with intent to distribute and to distribute fentanyl, in violation of 21 U.S.C. §§ 846 and 841(a)(1), and that Oscar Antonio FLORES and Severo ALELEI possessed with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1). Accordingly, I request that criminal complaints be issued for Oscar Antonio FLORES and Severo ALELEI.

MICHAEL BREEN (Affiliate)
Digitally signed by MICHAEL BREEN (Affiliate)
Date: 2022.09.08 15:52:29 -04'00'

Michael Breen
Task Force Officer, DEA

The truth of the foregoing affidavit has been attested to me by DEA Task Force Officer Michael Breen over the telephone on September 8, 2022.

Date: 2022.09.08 16:03:51 -04'00'

HON. THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE